# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D23-3203
LT Case No. 2023-DR-003062

_____

YUNIOR M. GARCIA,

    Appellant,

    v.

HILDA SAURI,

    Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Wayne E. Culver, Acting Circuit Judge.

Yunior M. Garcia, Ocala, pro se.

No Appearance for Appellee.

January 23, 2024

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J., LAMBERT, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____